# United States Court of Appeals
## For the First Circuit

No. 17-1620

REV. FR. EMMANUEL LEMELSON; LEMELSON CAPITAL MANAGEMENT, LLC,

Plaintiffs, Appellants,

v.

BLOOMBERG L.P.; MATTHEW ROBINSON, as an individual and as an
agent of Bloomberg L.P.; JESSE WESTBROOK, as an individual and
as an agent of Bloomberg L.P.,

Defendants, Appellees.

**ERRATTA SHEET**

The opinion of this Court issued August 30, 2018, is amended as follows:

On page 4, line 19, replace "Sketchers" with "Skechers."